UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
               :
ROMINA CAUSI,                             :
                     Plaintiff,           :
                                 :       25-CV-00119 (JAV)
         -v-                           :
                                 :       <u>ORDER</u>
CHEXOLOGY, LLC,                 :
                   Defendant.      :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      For the reasons set forth in the oral opinion delivered at the hearing held on October 29, 2025, Plaintiff's Motion for Default Judgment is GRANTED.

      The Clerk of Court is directed to enter judgment against Chexology LLC in the amount of $30,000 in statutory damages. Furthermore, Plaintiff is awarded attorney's fees in the amount of $7,325 and costs of $470, as well as post-judgment interest as provided in 28 U.S.C. § 1961(a).

      The Clerk of Court is respectfully directed to close the case and terminate all pending motions.

      SO ORDERED.

Dated: October 29, 2025
       New York, New York

                                                   JEANNETTE A. VARGAS
                                                   United States District Judge