**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ROMINA CAUSI,

                Plaintiffs,

                                    25 **CIVIL** 119 (JAV)

         -against-                         **DEFAULT JUDGMENT**

CHEXOLOGY, LLC,

                Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the

Court's Order dated October 29, 2025, Plaintiff's Motion for Default Judgment is GRANTED.

Accordingly, judgment is entered in favor of Romina Causi against Chexology LLC in the

amount of $30,000 in statutory damages. Furthermore, Plaintiff is awarded attorney's fees in the

amount of $7,325 and costs of $470, as well as post-judgment interest as provided in 28 U.S.C. §

1961(a) and the case is closed.

**DATED**: New York, New York
        October 29, 2025

                              **TAMMI M. HELLWIG**
                                    _____
                                      **Clerk of Court**

                       **BY:** _____
                                     **Deputy Clerk**